FILED

JUL 3 1 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:12-CR-431-APG-(CWH) |
| JUAN MONTES-DEOCA-QUIA, | ) ) |
| Defendant. | ) ) |

## ORDER OF FORFEITURE

This Court found on May 7, 2013, that JUAN MONTES-DEOCA-QUIA shall pay a criminal forfeiture money judgment of $16,145.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 25.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JUAN MONTES-DEOCA-QUIA a criminal forfeiture money judgment in the amount of $16,145.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

. . .

. . .

. . .

. . .

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 31st day of July 2013.

_____
UNITED STATES DISTRICT JUDGE